**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

_____

|  |  |
|---|---|
| **CHERYL WALTERS et al.** } | CASE NO. 8:18- cv-02875-EAK-CPT |
| } | |
| } | **DEFENDANT BMW OF NORTH** |
| **Plaintiffs,** } | **AMERICA, LLC'S OPPOSITION** |
| } | **TO PLAINTIFFS' NOTICE OF** |
| vs. } | **SUPPLEMENTAL AUTHORITY** |
| } | |
| **BMW OF NORTH AMERICA, LLC.** } | |
| } | |
| **Defendants.** } | |
| } | |

_____

**NOW COMES** defendant BMW of North America, LLC, ("BMW NA") and hereby opposes and objects to Plaintiffs' submission of their Notice of Supplemental Authority.

As reasons therefore, Local Rule 7.1(b)(3) states with regard to motion practice that following the submission to the Court of any motion and opposition, "[a]ll other papers . . . whether in the form of a reply brief or otherwise, may be submitted only with leave of court." Plaintiffs' Notice of Supplemental Authority cites a case pending in another jurisdiction and then essentially presents additional argument to support their position as to BMW NA's Motion to Dismiss. Plaintiffs have not sought or obtained leave of this court, nor have they requested or obtained any assent from BMW NA, to submit any additional documents in this matter. BMW NA objects to and opposes Plaintiffs' submission and respectfully requests that this Court disregard Plaintiffs' new submission in ruling on BMW NA's Motion to Dismiss.

Alternatively, if the Court is inclined to allow Plaintiffs' new submission, BMW NA respectfully requests leave of this Court to file its own further submission to properly respond to Plaintiffs' submission as the facts and the application of law to the case cited in Plaintiffs' Notice of Supplemental Authority are distinguishable from and inapplicable to the within matter.

Respectfully submitted this 18th Day of May, 2019.

By: */s/ Suzanne M. Valles*
Suzanne M. Valles, Esq.
Florida Bar No. 124546
BIEDERMANN HOENIG SEMPREVIVO, P.A.
601 Brickell Key Drive
Suite 700
Miami, Florida 33131
Tel: (646) 218-7541 Ext. 541
Fax: (646) 218-7510
Email: suzanne.valles@lawbhs.com

*Attorneys for Defendant, BMW Of North America, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 18th day of May, 2019 by using CM/ECF systems, which will send notice of filing to all counsel of record.

*/s/Suzanne M. Valles*
Suzanne M. Valles, Esq.
Florida Bar No. 124546